AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Jesus R. Muchacho<br><br>*Defendant(s)* | Case No. 1:17-mj-81<br><br>**UNDER SEAL** |

F I L E D
F 2 1 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 1, 2016__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | False Statement |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
SAUSA Edward P. Sullivan

*Complainant's signature*

Michael T. Benedict, Special Agent, CBP-OPR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/21/2017

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff
*Printed name and title*