AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED MAR - 8 2017**

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:17-mj-81 MSN |
| Jesus R. Muchacho | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jesus R. Muchacho

Date: 03/08/2017

*Attorney's signature*

William B. Cummings, Esquire VSB #6469
*Printed name and bar number*

Post Office Box 1177
Alexandria, VA 22313
*Address*

wbcpclaw@aol.com
*E-mail address*

(703) 836-7997
*Telephone number*

(703) 836-0238
*FAX number*