

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:17-CR-68 (LMB) |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. § 1001(a)(2) |
| | ) | (False Statement) |
| JESUS R. MUCHACHO, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

1.  On or about December 1, 2016, in the Eastern District of Virginia, the defendant, JESUS R. MUCHACHO, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States; that is, the defendant made several false statements to federal law enforcement officers in the course of a criminal investigation.

(In violation of Title 18, United States Code, Section 1001(a)(2))

Dana J. Boente
United States Attorney

By: *[signature]*

Edward P. Sullivan, Special Assistant U.S. Attorney
Grace L. Hill, Assistant U.S. Attorney
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
edward.p.sullivan@usdoj.gov
grace.hill@usdoj.gov