**SENTENCING HEARING**                          Judge Leonie M. Brinkema
Date:  07/07/17                                 Reporter: A. Thomson
Start:   8:58am     End:   9:18am

# UNITED STATES of AMERICA          CASE NUMBER:  1:17cr68
Vs.

 JESUS R. MUCHACHO

Counsel/Govt.: Edward Sullivan/Jack Hanly   Counsel/Deft.:  William Cummings
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____
**SENTENCING GUIDELINES:**            Upon Motion of [ ] Deft [ ] Govt
Offense Level:  4                     Court depart from G/L pursuant to:
Criminal History:  I                                  [ ] USSG 5K1.1
Imprisonment Range:   0    to   6   months            [ ] USSG 5C1.2
Supervised Release Range:   1   to   3   years        [ ] USSG 5K2.12
Restitution: $_____                        [ ] USSG 5H1.4
Fine Range: $ 500.00     to $ 9,500.00                [ ] _____
Special Assessment: $ 100.00    per Count
Probation Range:  1  to  5  years

**JUDGMENT of the COURT:**
BOP for  3   months, with credit for time served
Supervised Release for  2   Years
Supervised Probation for _____  Years
Restitution: $ _____  payable to _____
Fine: $  4,000.00  [ ] Due Immediately [ ] Monthly payments of $ 200.00  to begin
 60  days from release
Special Assessment: $ 100.00  [ ]Satisfied [X] Due immediately
Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
____  Home Confinement for the first _____ days/months of supervision, at the
deft=s expense, w/leave as directed by Court.
____  Deft. to remain drug free, In/Out patient treatment as directed.
       ___Deft to pay costs as able           ____Deft to waive privacy
____  Deft. to participate in _____ counseling as directed.
       ___Deft to pay costs as able           ____Deft to waive privacy
____  Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
payments of $_____to begin _____ days from release from custody.
 x   Access to all financial information/records
____  No New Credit/No Purchases over $_____ without prior approval.
____  Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
____  Seek and maintain full time employment    ____Full-time education program
 x   Drug Testing Waived
____  Other: _____

**RECOMMENDATION TO BOP:**

 x   Deft. to be designated to a low security Facility as close to this area as possible.

____  Residential Drug Abuse Treatment Program (RDAP)

____  Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.
_____
_____